IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| ERIC ROBERTS | NO.  15-387 |

## O R D E R

**AND NOW**, this 13th day of November, 2020, upon consideration of Eric Roberts'

Motion to Vacate/Set Aside/Correct Sentence (ECF Nos. 81 & 84) and the United States'

response in opposition (ECF No. 83), **IT IS ORDERED** that:

1. Robert's Motion is **DENIED** and **DISMISSED WITH PREJUDICE**;

2. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(B) because

   "the applicant has [not] made a substantial showing of the denial of a constitutional

   right" under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that "reasonable

   jurists" would find the Court's "assessment of the constitutional claims debatable or

   wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

3. The Clerk of Court shall mark this file closed.

BY THE COURT:


*/s/ Wendy Beetlestone*

_____

**WENDY BEETLESTONE, J.**